# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUGA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FLEET CONNECT SOLUTIONS LLC,<br><br>Defendant. | Case No. 3:22-cv-04790-TLT<br><br>**DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(2)**<br><br>Date: January 24, 2023<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Trina L. Thompson |

I, Daniel Mitry, based on my personal knowledge and pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a co-founder of Fleet Connect Solutions LLC ("Fleet Connect"), and I am presently a member of Fleet Connect.

2. Fleet Connect is a Texas limited liability company with a registered office address in Austin, Texas.

3. Fleet Connect is (i) not registered to do business in California; (ii) has no registered agent for service of process in California; (iii) has never owned, leased, possessed, or maintained any real or personal property in California; (iv) has no inventory of products in California; (v) has no employees or sales representatives, distributors, brokers, wholesalers, or agents in California; (vi) has no bank accounts in California; and (vii) is not listed in a telephone directory in California.

4. Fleet Connect has never filed a lawsuit in California.

5. Fleet Connect is the sole owner of all right, title, and interest in and to U.S. Patent Nos. 6,429,810, 6,647,270, 7,092,723, 7,123,926, 7,206,837, 7,450,955, 7,463,896, 7,536,189, 7,596,391, 7,599,715, 7,742,388, and 7,783,304.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed this 28th day of October, 2022,

_____
Daniel Mitry
Member
Fleet Connect Solutions LLC

2