**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AZUGA, INC., <br><br> Plaintiff, <br> v. <br><br> FLEET CONNECT SOLUTIONS LLC, <br><br> Defendant. | Case No. 3:22-cv-04790-TLT <br><br> **ORDER ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(2)** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2) and Civil L.R. 7, Defendant Fleet Connect Solutions LLC has moved to dismiss with prejudice all claims in the Original Complaint filed by Plaintiff Azuga, Inc. *See* Dkt. No. ___ (the "Motion to Dismiss").

For good cause shown, the Motion to Dismiss is **GRANTED**.

DATED: _____       _____
                                 Honorable Trina L. Thompson
                                 United States District Court Judge